e 1 (12/15) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

)  Case No. 8:16 cv 2941 T 30 JSS
)  (to be filled in by the Clerk's Office)
)  ART. IV. FRCP 44.1 § 01,
)  § 4.01 § 4.02 § 4.03 § 4.04 § 13:
)  Jury Trial: (check one) ☑ Yes ☐ No
Livia M. Scotto  )  49 USC § 1301 (23
)  AGENCY, BREECH DUTY § 867 (1)
)  § 107(i) § 478 § 470 DECIET § 28 L
-v-  )  § 661. 28 USC § 1-9
)  § 464, TORT MALFEASANCE § 64
)  § 279 (a) FIDUCIARY, FUTURE INTERES
)  SECURITY, § 62 b, § 196
JESSICA MCLEAN  )  DEMAND FOR SPECIFIED, PECUNII
Art. IV. 44.1  )  DAMAGES, LOSS OF CONSORTIUM
AND MULTIPLE DEF, ETAL QUESTION OF LAW  )  INTELLECTUAL PROPERTY § 326
SECRETARY  )  CONVERSION, $95 BILLION
ATTN: U.S. TREASURY; U.S. STATE DEPT  )  § 464 h § 179 e., § 22 § 64
FROM LIVIA M. SCOTTO  NOTICE OF LIENS  )
ATTN: ATTORNEY FOR  ON ASSETS
RECORD OF COUNSEL  Page 14

DEFENDENTS **COMPLAINT FOR A CIVIL CASE** § 370 § 378
ANY AND ALL RESPONDENTS, § 284 § 196  § 107 (ii) § § 364
ENTITIES FILED HERETOFORE  HEDONIC DAMAGE

The Parties to This Complaint 98 U.L.A.  RESTATEMENT OF THE LAW
A.  The Plaintiff(s)  305 (1962) § 62 b  IN COURT  § 326
  UNIFORM CODE INT. INTERSTATE PROC. ACT. § 364 d.(a)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name                    Livia M. Scotto
  Street Address          2710 Golf Heights Circle
  City and County         Valrico, Florida 33596
  State and Zip Code                                    813 689 87:
  Telephone Number                              ___ ___ 2038
  E-mail Address          liviamscotto@outlook.com

B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Livia M. Scotto

V.

JEFF SMIESK ET AL   BRETT HART, OSCAR MUNOZ  GLENN F. TILTON
> UNITED STATES ET AL        UNITED AIRLINES ET AL
> ERIC HOLDER ET AL
> DONALD VERRELLI JR.ET AL
> JOHN KERRY ET AL
> U.S.SOCIAL SECURITY ADMINISTRATION. ET AL
> OFFICE OF GENERAL COUNSEL ET W. ASTRADE ET AL
> DAVID BLACK. ET AL
> LUCINDA DAVIS ET AL
> DOROTHEY M.GUY ET AL
> ATTORNEY OF RECORD
> MICHELLE KANE ET AL
> JUDGE LANCE ET AL
> JUDICIAL OFFICERS U.S.B.V.A.
> SECRETARY OF U.S.V.A.ET AL
> JUDGE LANCE ET AL
> U.S. COURT OF VÉTÉRANS. APPEALS JUDICIAL OFFICERS ET AL
> .
> THE CORPORATION TRUST ET AL
>     REED SMITH ET AL
> PRYOR CUSHMAN ET AL
> CADES SCHUTTE ET AL
> DEELY KING PANG HORIO ET AL
> LEONG LEONG LEZY ET AL
> DOUGLAS THOMAS MOORE ET AL
> U.S. E. E .O .C. ET. AL
> UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY
>   U.S. DEPT OF LABOR ET AL
> US.VETERANS AFFAIRS ET AL
> U.S.BOARD OF VÉTÉRANS AFFAIRS. ET AL
> MILES MIYAMOTO ET AL
> COUNSEL OF RECORD
> DAMON KEY ET AL
>           " U.S. " ET AL
> STATE OF HAWAII  ET AL
> ROY GONSALVES
> DONNA LEONG
> K.KANESHIRO
> CORPORATION COUNSEL ET AL
> COL.HAN
> DEPY OF DEFENSE ET AL
>
> ----- Message truncated -----
>



PRESS FIRMLY 1

**PRIORITY MAIL**

FROM:
Ivan M. Santo
2950 Golf Heights Circle
Valrico, Florida 33596

TO: Clerks Office
Tampa FL

UNITED STATES POSTAL SERVICE
VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE



1006

33602

U.S. POSTAGE PAID
VALRICO, FL
33594
OCT 14 16
AMOUNT
$13.30
R2304E105353-12