# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

LIVIA M. SCOTTO,

    Plaintiff,

v.                                                      Case No: 8:16-cv-2941-T-30JSS

JEFF SMIESK, et al.,

    Defendants.

## ORDER OF DISMISSAL

On November 7, 2016, this Court issued an Order (Dkt. #6) directing Plaintiff to file an Amended Complaint within twenty days that complied with the Federal Rules of Civil Procedure, failing which this case would be dismissed without further notice.

On December 1, 2016, the Court received another set of incomprehensible documents from the *pro se* Plaintiff. Upon review and consideration, the Court determines this case must be dismissed due to Plaintiff's failure to comply with Local Rules 1.05, 1.06 and 3.01(a). In short, the Complaint fails to allege a clear and concise cause of action. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed.

2. The Clerk is directed to return the above-referenced documents to Plaintiff.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of December, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\Odd\2016\16-cv-2941 dismissal.docx